**FILED UNDER SEAL**

# Exhibit 1

US00D957964S

| (12) | United States Design Patent | (10) Patent No.: | US D957,964 S |
|---|---|---|---|
| | Cross | (45) Date of Patent: ** | Jul. 19, 2022 |

(54) **ADJUSTABLE T-SQUARE**

(71) Applicant: **Woodpeckers, LLC**, Strongsville, OH (US)

(72) Inventor: **Steven Charles Cross**, Mentor, OH (US)

(73) Assignee: **WOODPECKERS, LLC**, Strongsville, OH (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/741,201**

(22) Filed: **Jul. 10, 2020**

(51) **LOC (13) Cl.** ............................................. **10-04**
(52) **U.S. Cl.**
    USPC .................................................. **D10/65**
(58) **Field of Classification Search**
    USPC .......... D10/71, 78, 81, 46, 75, 77, 70, 106.2
    CPC ...... G01N 33/66; G01N 33/49; G01N 33/493;
        G01N 33/558; G01N 37/00; G01N 21/01;
        G01N 21/75; A61B 5/14532; A61B
        2560/0412; A61B 2560/0443; A61B
        2560/0462; Y10T 436/255; G08B 17/10;
        G08B 21/12; G08B 21/14; G08B 29/18;
        G08B 17/113; G08B 3/10; G08B 25/10;
        G08B 29/16; B01L 3/5027; B01L
        3/50273; B01L 3/502738; B01L
        2300/0609; B01L 2300/0672; B01L
        2300/0829; B01L 2200/025; B01L
        2200/026; B01L 2200/028; B01L 2200/16
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,023,242 | A | * | 4/1912 | Childs | B43L 7/02 |
| | | | | | 33/468 |
| 1,458,152 | A | * | 6/1923 | Schenck | B43L 7/02 |
| | | | | | D10/65 |
| D89,818 | S | * | 5/1933 | Tautz | D10/65 |
| 2,423,786 | A | * | 7/1947 | Morris | B43L 7/02 |
| | | | | | 33/468 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN    202151976 U    3/2011

OTHER PUBLICATIONS

The Ultimate Woodworking Layout Tool, Posi-Lock T-Square, YouTube, publication date Dec. 17, 2019, (online) URL: https://www.youtube.com/watch?v=2fp3cDQSPME (Year: 2019).*

(Continued)

*Primary Examiner* — George D. Kirschbaum
*Assistant Examiner* — Antoinette Martine Suiter
(74) *Attorney, Agent, or Firm* — Sand, Sebolt & Wernow Co., LPA

(57) **CLAIM**

The ornamental design for an adjustable T-square, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, top, left isometric perspective view of an adjustable T-square in accordance with our design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a right side elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines illustrate portions of the environment or adjustable T-square which form no part of the claimed design.
The claimed design is shown with a symbolic break in its length. The appearance of any portion of the article between the break lines forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,435,529 A * | 2/1948 | Brockley | B43L 7/02 33/468 |
| 2,588,079 A * | 3/1952 | Boehm | B43L 7/02 D10/65 |
| 4,169,386 A * | 10/1979 | McMahan | G01L 7/00 73/700 |
| D265,725 S * | 8/1982 | Ingram | D10/65 |
| 4,463,632 A | 8/1984 | Parke | |
| D314,712 S * | 2/1991 | Kunz | D10/65 |
| 5,097,601 A * | 3/1992 | Pollak | B23Q 1/262 83/435.14 |
| 5,205,045 A * | 4/1993 | Liu | B23Q 9/005 33/468 |
| 5,471,753 A * | 12/1995 | Rodrigues | B26B 29/06 33/485 |
| D400,452 S * | 11/1998 | Schoene | D10/65 |
| D400,453 S * | 11/1998 | Holland | D10/65 |
| 5,845,410 A * | 12/1998 | Boker | B27B 25/10 33/469 |
| 5,915,806 A * | 6/1999 | Levee | B43L 13/02 33/468 |
| 6,049,990 A | 4/2000 | Holland | |
| 7,409,773 B1 | 8/2008 | Gioia et al. | |
| 8,782,914 B1 | 7/2014 | Deluca | |
| D764,322 S * | 8/2016 | Zhang | D10/65 |
| D870,574 S * | 12/2019 | O'Halloran | D10/65 |
| D927,332 S * | 8/2021 | Geiger | D10/65 |
| 2007/0074413 A1 | 4/2007 | Neuroth | |
| 2013/0025142 A1 | 1/2013 | Holt | |
| 2015/0047214 A1* | 2/2015 | Chernyshou | G01B 3/04 33/479 |
| 2015/0168122 A1* | 6/2015 | Cruickshanks | E04D 15/00 33/425 |
| 2017/0320354 A1 | 11/2017 | Brown | |
| 2019/0225009 A1* | 7/2019 | Hummel | B43L 7/02 |
| 2021/0325161 A1* | 10/2021 | Turley | G01B 3/566 |
| 2021/0325163 A1* | 10/2021 | Turley | G01B 3/04 |
| 2022/0011084 A1* | 1/2022 | Cross | G01B 3/56 |

OTHER PUBLICATIONS

Musibo Adjustable Protractor Angle Finder, Woodworkers Edge Ruler, Multi-Function Angle Measure Tool Woodworking Ruler Kit, Amazon, publication date Jun. 29, 2021, (online) URL: https://www.amazon.com/Adjustable-Protractor-Woodworkers-Multi-Function-Woodworking/dp/B0987JMZDX/ref=sr_1_1? (Year: 2021).*

\* cited by examiner



FIG. 1



FIG.2　FIG.3　FIG.4　FIG.5



FIG.6



FIG.7