# FILED UNDER SEAL

# Exhibit 2

**Registration #:** PAu004269922
**Service Request #:** 1-14965764191

## Mail Certificate

Woodpeckers, LLC
Dave Steciw
13700 Prospect Road
Strongsville, OH 44149 United States

**Priority:** Special Handling          **Application Date:** July 22, 2025

## Correspondent

**Organization Name:** Woodpeckers, LLC
**Name:** Dave Steciw
**Email:** elfcopyrighthelper@outlook.com
**Address:** 13700 Prospect Road
Strongsville, OH 44149 United States

**Registration Number**

# PAu 4-269-922

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** WCG-Video-1

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** Woodpeckers, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Woodpeckers, LLC
13700 Prospect Road, Strongsville, OH, 44149, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Woodpeckers, LLC
**Address:** 13700 Prospect Road
Strongsville, OH 44149 United States

## Certification

**Name:** Jessica Delos Santos

**Date**:    July 22, 2025

# Woodpeckers- Copyright Summary

| SR | Image | Copyright File Name | Registration number |
|---|---|---|---|
| 1 |  | WCG-Video-1 | PAu004269922 |